

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

#2011R00327 　　　　　　　　　　　　*271 Cadman Plaza East*
　　　　　　　　　　　　　　　　　　*Brooklyn, New York  11201*

September 14, 2012

**Via Hand Delivery**
Chase A. Scolnick, Esq.
Federal Defenders
One Pierrepont Plaza - 16th Floor
Brooklyn, NY 11201

　　　　　　　　　　　　　Re:　　United States v. Ahmed Khalil Moustafa
　　　　　　　　　　　　　　　　　Criminal Docket No. 03-762 (NGG)

Dear Mr. Scolnick:

　　　　Pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-captioned case.  The government also reiterates its prior requests for reciprocal discovery.

　　　　Please find enclosed a disc containing the following scanned files:

a.　　File labeled 00000001.pdf.AhmedKhalilMoustafa91212.pdf:  Certified Bankruptcy Court Records, Case No.  1-01-23732 (DEM) (67 pages)
b.　　00000069.pdf.AhmedKhalilMoustafa91212.pdf:  Certified Bankruptcy Court Records, Case No.  1-01-23732 (DEM) (111 pages)
c.　　00000181.pdf.AhmedKhalilMoustafa91212.pdf:  Certified Bankruptcy Court Records, Case No.  02-01359 (DEM) (245 pages)

　　　　Please also find enclosed a business records certification form affixed to four pages of Citigroup records previously provided to you, which records are associated with the accounts in the names of Ahmed Moustafa and Hala Morsey from 2001.

　　　　If you have any questions or further requests, please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　LORETTA E. LYNCH
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　　　Carolyn Pokorny
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　(718) 254-6291