*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

PS:TAD
F.#2012R001402

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 10, 2012

**By ECF and First Class Mail**
Chase Scolnick, Esq.
Federal Defenders of New York
1 Pierrepont Plaza, 16th Fl.
Brooklyn, New York 11201

       Re:  United States v. Ahmed Khalil Moustafa
            Criminal Docket No. 03-CR-762 (NGG)

Dear Mr. Scolnick:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following with additional discovery with respect to the above-referenced case. The government reiterates its previous requests for reciprocal discovery.

    Please find enclosed a disc containing the following scanned files: Citi 0001-240 and Hilton 0001-2.

    If you have any questions or further requests, please do not hesitate to contact me.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                   By:  /s/
                         Tiana A. Demas
                         Assistant U.S. Attorney
                         (718) 254-6116

Encl.
cc: Clerk of Court (NGG) (w/o encls.)